[No. 44827-1-II.   Division Two.   May 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY RAY
MCKINNEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 12-1-01414-2, Katherine M. Stolz, J., entered
April 26, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lee, J., concurred in by
Maxa and Melnick, JJ.

[No. 69552-5-I.   Division One.   June 2, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. LIBAN HASSAN
ADEM, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 12-1-00759-1, Hollis R. Hill, J., entered November 9, 2012. *Affirmed* by unpublished opinion per Schindler,
J., concurred in by Cox and Lau, JJ.

[No. 69808-7-I.   Division One.   June 2, 2014.]

PACIFIC RIM PAVING, *Appellant*, v. THE DEPARTMENT OF LABOR
AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 10-2-01221-7, Michael E. Rickert, J., entered
December 20, 2012. *Affirmed* by unpublished opinion per
Dwyer, J., concurred in by Appelwick and Lau, JJ.

[No. 69844-3-I.   Division One.   June 2, 2014.]

*In the Matter of the Detention of* MICHAEL BARGAS.

Appeal from a judgment of the Superior Court for Skagit
County, No. 11-2-00340-2, John M. Meyer, J., entered February 7, 2013. *Affirmed* by unpublished opinion per Lau, J.,
concurred in by Appelwick and Dwyer, JJ.